**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-6922**

—————

In Re:  RODNEY C. DOMAN,

                                        Petitioner.


—————

On Petition for Writ of Mandamus.  (CA-02-144)

—————

Submitted:  July 10, 2003          Decided:  July 17, 2003

—————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

—————

Petition denied by unpublished per curiam opinion.

—————

Rodney C. Doman, Petitioner Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney C. Doman has filed a petition for a writ of mandamus, alleging that the district court has unduly delayed acting on his petition under 28 U.S.C. § 2254 (2000), and his motion to stay a state court proceeding. Doman seeks an order from this court directing the district court to act. Although we grant leave to proceed in forma pauperis, we deny as moot Doman's petition for a writ of mandamus because the district court has acted on Doman's § 2254 petition and motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2